People ex rel. Nir v Molina (2023 NY Slip Op 02751)

People ex rel. Nir v Molina

2023 NY Slip Op 02751

Decided on May 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
WILLIAM G. FORD
LILLIAN WAN, JJ.

2023-04530

[*1]The People of the State of New York, ex rel. Ronald S. Nir, on behalf of Michael Fan, petitioner,
v
Louis A. Molina, etc., et al., respondents.

Ronald S. Nir, Kew Gardens, NY (Randall D. Unger of counsel), petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, William H. Branigan, Ronald Eniclerico, and Hugh McCann of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Michael Fan upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 72784/2022.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
IANNACCI, J.P., GENOVESI, FORD and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court